UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSELMO ROMERO SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>Respondents. | Case No.: 25-CV-3136 JLS (JLB)<br><br>**ORDER DISMISSING CASE**<br><br>(ECF No. 14) |

On December 3, 2025, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 11), and Petitioner was released from custody (ECF No. 12). Petitioner's attorney requested attorney's fees under the Equal Access to Justice Act. *See* ECF No. 1 at 9. The Parties requested until February 3, 2026, for Petitioner's counsel to file the attorney fee application, which the Court granted. *See* ECF Nos. 13, 14. February 3, 2026, has come and gone and Petitioner's counsel has not filed an attorney fee application. *See generally* Docket.

/ / /

/ / /

/ / /

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**. As this concludes the litigation in the matter, the Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: February 18, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge